RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 04.06.09

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| JIMMIE P. ST. MARIE | : | CIVIL ACTION NO: 6:07-cv-01956 |
| VS. | : | CHIEF JUDGE HAIK |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JUDGMENT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation.

After an independent review of the record, and noting the absence of objections filed by Plaintiff, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions set forth therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **REVERSED** and claimant be awarded benefits consistent with an onset date of June 16, 2004.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___ day of April, 2009.

CHIEF JUDGE RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA